**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No.: 1

| Case No.: | 14-13814 | Trustee Name: | Joel L. Tabas |
|---|---|---|---|
| Case Name: | GOMEZ, ALFREDO | Date Filed (f) or Converted (c): | 02/19/2014 (f) |
| For the Period Ending: | 09/30/2019 | §341(a) Meeting Date: | 04/02/2014 |
| | | Claims Bar Date: | 10/23/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  10121 Martinique Dr., Miami, FL 33189 | $97,000.00 | $0.00 | | $0.00 | FA |
| 2  Cash on hand | $20.00 | $0.00 | | $0.00 | FA |
| 3  TD Bank 1202 | $50.00 | $0.00 | | $0.00 | FA |
| 4  Bank of America 1537 | $50.00 | $0.00 | | $0.00 | FA |
| 5  Household goods & furnishings | $200.00 | $0.00 | | $0.00 | FA |
| 6  Clothing | $75.00 | $0.00 | | $0.00 | FA |
| 7  2002 Chevrolet Silverado | $1,000.00 | $0.00 | OA | $35.00 | FA |
| Asset Notes: Trustee's Notice of Abandonment, 05/18/15 (ECF 83) | | | | | |
| 8  Avoidance Actions (u) | $0.00 | $25,000.00 | | $19,714.90 | $11,248.78 |
| Asset Notes: Order Granting Motion to Approve Stipulation for Compromise and Settlement Regarding Potential Avoidance Actions Against (1) Maura Padron (B) Claudio Leyva and (C) Yamaura Rodriguez, 2/25/15 (ECF 75) | | | | | |

| | | | | | Gross Value of Remaining Asset |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $98,395.00 | $25,000.00 | | $19,749.90 | $11,248.78 |

**Major Activities affecting case closing:**
The Trustee is monitoring payments from Debtor in connection to a potential avoidance actions.

| Initial Projected Date Of Final Report (TFR): | 06/30/2016 | Current Projected Date Of Final Report (TFR): | 11/30/2022 | /s/ JOEL L. TABAS |
|---|---|---|---|---|
| | | | | JOEL L. TABAS |

**FORM 2**

Page No: 1

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-13814 | Trustee Name: | Joel L. Tabas |
|---|---|---|---|
| Case Name: | GOMEZ, ALFREDO | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***0619 | Checking Acct #: | ******9637 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account (Non-Interest Earn |
| For Period Beginning: | 10/01/2018 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 09/30/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/18/2015 | (7) | GOMEZ, ALFREDO | UCC Filing Fee | 1129-000 | $35.00 | | $35.00 |
| 02/24/2015 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $351.86 | | $386.86 |
| | {8} | | Asset 8    $284.09 | 1241-000 | | | $386.86 |
| | {8} | | Interest    $67.77 | 1241-000 | | | $386.86 |
| 03/17/2015 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $351.86 | | $738.72 |
| | {8} | | Interest    $67.77 | 1241-000 | | | $738.72 |
| | {8} | | $284.09 | 1241-000 | | | $738.72 |
| 04/16/2015 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $351.86 | | $1,090.58 |
| | {8} | | $284.09 | 1241-000 | | | $1,090.58 |
| | {8} | | Interest    $67.77 | 1241-000 | | | $1,090.58 |
| 05/11/2015 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $351.86 | | $1,442.44 |
| | {8} | | $284.09 | 1241-000 | | | $1,442.44 |
| | {8} | | Interest    $67.77 | 1241-000 | | | $1,442.44 |
| 06/05/2015 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $351.86 | | $1,794.30 |
| | {8} | | Interest    $67.77 | 1241-000 | | | $1,794.30 |
| | {8} | | $284.09 | 1241-000 | | | $1,794.30 |

**SUBTOTALS** $1,794.30   $0.00

**FORM 2**

Page No: 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-13814 | | Trustee Name: | Joel L. Tabas |
|---|---|---|---|---|
| Case Name: | GOMEZ, ALFREDO | | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***0619 | | Checking Acct #: | ******9637 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account (Non-Interest Earn |
| For Period Beginning: | 10/01/2018 | | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 09/30/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2015 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $1,779.30 |
| 07/13/2015 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $351.86 | | $2,131.16 |
| | {8} | | Interest $67.77 | 1241-000 | | | $2,131.16 |
| | {8} | | $284.09 | 1241-000 | | | $2,131.16 |
| 07/27/2015 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $2,116.16 |
| 08/17/2015 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $351.86 | | $2,468.02 |
| | {8} | | $284.09 | 1241-000 | | | $2,468.02 |
| | {8} | | Interest $67.77 | 1241-000 | | | $2,468.02 |
| 08/25/2015 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $2,453.02 |
| 09/21/2015 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $351.86 | | $2,804.88 |
| | {8} | | $284.09 | 1241-000 | | | $2,804.88 |
| | {8} | | Interest $67.77 | 1241-000 | | | $2,804.88 |
| 09/25/2015 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $2,789.88 |
| 10/13/2015 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $351.86 | | $3,141.74 |
| | {8} | | $284.09 | 1241-000 | | | $3,141.74 |
| | {8} | | Interest $67.77 | 1241-000 | | | $3,141.74 |
| 10/26/2015 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $3,126.74 |

**SUBTOTALS** $1,407.44 $75.00

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| Case No. | 14-13814 | | Trustee Name: | Joel L. Tabas |
|---|---|---|---|---|
| Case Name: | GOMEZ, ALFREDO | | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***0619 | | Checking Acct #: | ******9637 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account (Non-Interest Earn |
| For Period Beginning: | 10/01/2018 | | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 09/30/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/09/2015 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $351.86 | | $3,478.60 |
| | {8} | | | $284.09 | 1241-000 | | $3,478.60 |
| | {8} | | Interest | $67.77 | 1241-000 | | $3,478.60 |
| 11/25/2015 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $3,463.60 |
| 12/14/2015 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $351.86 | | $3,815.46 |
| | {8} | | | $284.09 | 1241-000 | | $3,815.46 |
| | {8} | | Interest | $67.77 | 1241-000 | | $3,815.46 |
| 12/28/2015 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $3,800.46 |
| 01/06/2016 | 10001 | INTERNATIONAL SURETIES, LTD | 2016 Chapter 7 Trustee Bond Number 016027932 ($0.40 per $1,000, on deposit as of November 30, 2015), pursuant to Local Rule 2016-1(A)(k) | 2300-000 | | $1.69 | $3,798.77 |
| 01/19/2016 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $351.86 | | $4,150.63 |
| | {8} | | | $284.09 | 1241-000 | | $4,150.63 |
| | {8} | | Interest | $67.77 | 1241-000 | | $4,150.63 |
| 01/25/2016 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $4,135.63 |
| 02/17/2016 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $351.86 | | $4,487.49 |
| | {8} | | | $284.09 | 1241-000 | | $4,487.49 |
| | {8} | | Interest | $67.77 | 1241-000 | | $4,487.49 |
| | | | | SUBTOTALS | $1,407.44 | $46.69 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-13814 | | Trustee Name: | Joel L. Tabas |
|---|---|---|---|---|
| Case Name: | GOMEZ, ALFREDO | | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***0619 | | Checking Acct #: | ******9637 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account (Non-Interest Earn |
| For Period Beginning: | 10/01/2018 | | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 09/30/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/25/2016 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $4,472.49 |
| 03/14/2016 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $351.86 | | $4,824.35 |
| | {8} | | | $284.09 | 1241-000 | | $4,824.35 |
| | {8} | | Interest | $67.77 | 1241-000 | | $4,824.35 |
| 03/25/2016 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $4,809.35 |
| 04/18/2016 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $351.86 | | $5,161.21 |
| | {8} | | | $284.09 | 1241-000 | | $5,161.21 |
| | {8} | | Interest | $67.77 | 1241-000 | | $5,161.21 |
| 04/25/2016 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $5,146.21 |
| 05/19/2016 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $5,498.21 |
| | {8} | | | $284.23 | 1241-000 | | $5,498.21 |
| | {8} | | Interest | $67.77 | 1241-000 | | $5,498.21 |
| 05/25/2016 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $5,483.21 |
| 06/13/2016 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $5,835.21 |
| | {8} | | | $284.23 | 1241-000 | | $5,835.21 |
| | {8} | | Interest | $67.77 | 1241-000 | | $5,835.21 |
| 06/27/2016 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $5,820.21 |

| | | | | SUBTOTALS | $1,407.72 | $75.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5

| Case No. | 14-13814 | | Trustee Name: | Joel L. Tabas |
|---|---|---|---|---|
| Case Name: | GOMEZ, ALFREDO | | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***0619 | | Checking Acct #: | ******9637 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account (Non-Interest Earn |
| For Period Beginning: | 10/01/2018 | | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 09/30/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/18/2016 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $6,172.21 |
| | {8} | | $284.23 | 1241-000 | | | $6,172.21 |
| | {8} | | Interest  $67.77 | 1241-000 | | | $6,172.21 |
| 07/25/2016 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $6,157.21 |
| 08/15/2016 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $6,509.21 |
| | {8} | | $284.23 | 1241-000 | | | $6,509.21 |
| | {8} | | Interest  $67.77 | 1241-000 | | | $6,509.21 |
| 08/25/2016 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $6,494.21 |
| 09/12/2016 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $6,846.21 |
| | {8} | | $284.23 | 1241-000 | | | $6,846.21 |
| | {8} | | Interest  $67.77 | 1241-000 | | | $6,846.21 |
| 09/26/2016 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $6,831.21 |
| 10/10/2016 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $7,183.21 |
| | {8} | | $284.23 | 1241-000 | | | $7,183.21 |
| | {8} | | Interest  $67.77 | 1241-000 | | | $7,183.21 |
| 10/25/2016 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $7,168.21 |

| | | | SUBTOTALS | | $1,408.00 | $60.00 | |

| Case No. | 14-13814 | | Trustee Name: | Joel L. Tabas |
|---|---|---|---|---|
| Case Name: | GOMEZ, ALFREDO | | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***0619 | | Checking Acct #: | ******9637 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account (Non-Interest Earn |
| For Period Beginning: | 10/01/2018 | | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 09/30/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/26/2016 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $7,520.21 |
| | {8} | | | $284.23 | 1241-000 | | $7,520.21 |
| | {8} | | Interest | $67.77 | 1241-000 | | $7,520.21 |
| 11/25/2016 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $7,505.21 |
| 12/16/2016 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $7,857.21 |
| | {8} | | | $284.23 | 1241-000 | | $7,857.21 |
| | {8} | | Interest | $67.77 | 1241-000 | | $7,857.21 |
| 12/27/2016 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $7,842.21 |
| 01/12/2017 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $8,194.21 |
| | {8} | | | $284.23 | 1241-000 | | $8,194.21 |
| | {8} | | Interest | $67.77 | 1241-000 | | $8,194.21 |
| 01/24/2017 | 10002 | INTERNATIONAL SURETIES, LTD | 2017 Chapter 7 Trustee Bond Number 016027932 ($0.30 per $1,000. on deposit as of November 30, 2016), pursuant to Local Rule 2016-1(A)(k) | 2300-000 | | $2.25 | $8,191.96 |
| 01/25/2017 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $8,176.96 |
| 02/14/2017 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $8,528.96 |
| | {8} | | | $284.23 | 1241-000 | | $8,528.96 |
| | {8} | | Interest | $67.77 | 1241-000 | | $8,528.96 |
| | | | | **SUBTOTALS** | $1,408.00 | $47.25 | |

**FORM 2**

Page No: 7

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-13814 | Trustee Name: | Joel L. Tabas |
|---|---|---|---|
| Case Name: | GOMEZ, ALFREDO | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***0619 | Checking Acct #: | ******9637 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account (Non-Interest Earn |
| For Period Beginning: | 10/01/2018 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 09/30/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/27/2017 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $8,513.96 |
| 03/08/2017 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $8,865.96 |
| | {8} | | | $284.23 | 1241-000 | | $8,865.96 |
| | {8} | | Interest | $67.77 | 1241-000 | | $8,865.96 |
| 03/27/2017 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $8,850.96 |
| 04/11/2017 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $9,202.96 |
| | {8} | | | $284.23 | 1241-000 | | $9,202.96 |
| | {8} | | Interest | $67.77 | 1241-000 | | $9,202.96 |
| 04/25/2017 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $9,187.96 |
| 05/17/2017 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $9,539.96 |
| | {8} | | | $284.23 | 1241-000 | | $9,539.96 |
| | {8} | | Interest | $67.77 | 1241-000 | | $9,539.96 |
| 05/25/2017 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $9,524.96 |
| 06/07/2017 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $9,876.96 |
| | {8} | | | $284.23 | 1241-000 | | $9,876.96 |
| | {8} | | Interest | $67.77 | 1241-000 | | $9,876.96 |
| 06/26/2017 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $9,861.96 |

**SUBTOTALS** $1,408.00 $75.00

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-13814 | | Trustee Name: | Joel L. Tabas |
|---|---|---|---|---|
| Case Name: | GOMEZ, ALFREDO | | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***0619 | | Checking Acct #: | ******9637 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account (Non-Interest Earn |
| For Period Beginning: | 10/01/2018 | | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 09/30/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/14/2017 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $10,213.96 |
| | {8} | | $284.23 | 1241-000 | | | $10,213.96 |
| | {8} | | Interest $67.77 | 1241-000 | | | $10,213.96 |
| 07/25/2017 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $10,198.96 |
| 08/13/2017 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $10,550.96 |
| | {8} | | $284.23 | 1241-000 | | | $10,550.96 |
| | {8} | | Interest $67.77 | 1241-000 | | | $10,550.96 |
| 08/25/2017 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $10,535.96 |
| 09/22/2017 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $10,887.96 |
| | {8} | | $284.23 | 1241-000 | | | $10,887.96 |
| | {8} | | Interest $67.77 | 1241-000 | | | $10,887.96 |
| 09/25/2017 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.34 | $10,872.62 |
| 10/06/2017 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $359.00 | | $11,231.62 |
| | {8} | | $291.23 | 1241-000 | | | $11,231.62 |
| | {8} | | Interest $67.77 | 1241-000 | | | $11,231.62 |
| 10/25/2017 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.15 | $11,216.47 |

| | | | | **SUBTOTALS** | $1,415.00 | $60.49 | |

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 9

| Case No. | 14-13814 | | Trustee Name: | Joel L. Tabas |
|---|---|---|---|---|
| Case Name: | GOMEZ, ALFREDO | | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***0619 | | Checking Acct #: | ******9637 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account (Non-Interest Earn |
| For Period Beginning: | 10/01/2018 | | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 09/30/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/09/2017 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $11,568.47 |
| | {8} | | $284.23 | 1241-000 | | | $11,568.47 |
| | {8} | | Interest $67.77 | 1241-000 | | | $11,568.47 |
| 11/27/2017 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $16.52 | $11,551.95 |
| 12/21/2017 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $11,903.95 |
| | {8} | | Asset 8 $284.23 | 1241-000 | | | $11,903.95 |
| | {8} | | Interest Asset 8 $67.77 | 1241-000 | | | $11,903.95 |
| 12/26/2017 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $16.48 | $11,887.47 |
| 01/19/2018 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $12,239.47 |
| | {8} | | $284.23 | 1241-000 | | | $12,239.47 |
| | {8} | | Interest $67.77 | 1241-000 | | | $12,239.47 |
| 01/23/2018 | 10003 | INTERNATIONAL SURETIES, LTD | 2018 Chapter 7 Trustee Bond Number 016027932 ($0.30 per $1,000. on deposit as of November 30, 2016), pursuant to Local Rule 2016-1(A)(k) | 2300-000 | | $3.47 | $12,236.00 |
| 01/25/2018 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $17.33 | $12,218.67 |
| 02/13/2018 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $12,570.67 |
| | {8} | | $284.23 | 1241-000 | | | $12,570.67 |
| | {8} | | Interest $67.77 | 1241-000 | | | $12,570.67 |
| | | | | **SUBTOTALS** | **$1,408.00** | **$53.80** | |

**FORM 2**

Page No: 10

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-13814 | | Trustee Name: | Joel L. Tabas |
|---|---|---|---|---|
| Case Name: | GOMEZ, ALFREDO | | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***0619 | | Checking Acct #: | ******9637 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account (Non-Interest Earn |
| For Period Beginning: | 10/01/2018 | | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 09/30/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/26/2018 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $17.83 | $12,552.84 |
| 03/16/2018 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $12,904.84 |
| | {8} | | | $284.23 | 1241-000 | | $12,904.84 |
| | {8} | | Interest | $67.77 | 1241-000 | | $12,904.84 |
| 03/26/2018 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $16.65 | $12,888.19 |
| 04/11/2018 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $13,240.19 |
| | {8} | | | $284.23 | 1241-000 | | $13,240.19 |
| | {8} | | Interest | $67.77 | 1241-000 | | $13,240.19 |
| 04/25/2018 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $18.87 | $13,221.32 |
| 05/10/2018 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $13,573.32 |
| | {8} | | | $284.23 | 1241-000 | | $13,573.32 |
| | {8} | | Interest | $67.77 | 1241-000 | | $13,573.32 |
| 05/25/2018 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $18.85 | $13,554.47 |
| 06/08/2018 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $13,906.47 |
| | {8} | | | $284.23 | 1241-000 | | $13,906.47 |
| | {8} | | Interest | $67.77 | 1241-000 | | $13,906.47 |
| 06/25/2018 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $20.00 | $13,886.47 |

**SUBTOTALS** $1,408.00 $92.20

# FORM 2

Page No: 11

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-13814 | | | Trustee Name: | Joel L. Tabas |
|---|---|---|---|---|---|
| Case Name: | GOMEZ, ALFREDO | | | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***0619 | | | Checking Acct #: | ******9637 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking Account (Non-Interest Earn |
| For Period Beginning: | 10/01/2018 | | | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 09/30/2019 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/12/2018 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $14,238.47 |
| | {8} | | $284.23 | 1241-000 | | | $14,238.47 |
| | {8} | | Interest $67.77 | 1241-000 | | | $14,238.47 |
| 07/25/2018 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $19.83 | $14,218.64 |
| 08/14/2018 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $14,570.64 |
| | {8} | | $284.23 | 1241-000 | | | $14,570.64 |
| | {8} | | Interest $67.77 | 1241-000 | | | $14,570.64 |
| 08/27/2018 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $20.95 | $14,549.69 |
| 09/14/2018 | | GOMEZ, ALFREDO | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $14,901.69 |
| | {8} | | Asset 8 $284.23 | 1241-000 | | | $14,901.69 |
| | {8} | | Interest $67.77 | 1241-000 | | | $14,901.69 |
| 09/25/2018 | | Union Bank | Bank Service Fee | 2600-000 | | $21.41 | $14,880.28 |
| 09/25/2018 | | Green Bank | Transfer Funds | 9999-000 | | $14,880.28 | $0.00 |

**SUBTOTALS** $1,056.00 $14,942.47

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 12

| | |
|---|---|
| **Case No.** | 14-13814 |
| **Case Name:** | GOMEZ, ALFREDO |
| **Primary Taxpayer ID #:** | **-***0619 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 10/01/2018 |
| **For Period Ending:** | 09/30/2019 |

| | |
|---|---|
| **Trustee Name:** | Joel L. Tabas |
| **Bank Name:** | Union Bank |
| **Checking Acct #:** | ******9637 |
| **Account Title:** | Checking Account (Non-Interest Earn |
| **Blanket bond (per case limit):** | $56,290,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $15,527.90 | $15,527.90 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $14,880.28 | |
| **Subtotal** | $15,527.90 | $647.62 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $15,527.90 | $647.62 | |

**For the period of 10/01/2018 to 09/30/2019**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/18/2015 to 9/30/2019**

| | |
|---|---|
| Total Compensable Receipts: | $15,527.90 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,527.90 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $647.62 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $647.62 |
| Total Internal/Transfer Disbursements: | $14,880.28 |

**FORM 2**

Page No: 13

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-13814 | Trustee Name: | Joel L. Tabas |
|---|---|---|---|
| Case Name: | GOMEZ, ALFREDO | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0619 | Checking Acct #: | ******1401 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 10/01/2018 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 09/30/2019 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/25/2018 |  | Union Bank | Transfer Funds | 9999-000 | $14,880.28 |  | $14,880.28 |
| 11/26/2018 |  | Alfredo Gomez | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 |  | $15,232.28 |
|  | {8} |  | Interest Asset 8           $67.77 | 1241-000 |  |  | $15,232.28 |
|  | {8} |  | Asset 8           $284.23 | 1241-000 |  |  | $15,232.28 |
| 11/26/2018 |  | Alfredo Gomez | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 |  | $15,584.28 |
|  | {8} |  | Interest Asset 8           $67.77 | 1241-000 |  |  | $15,584.28 |
|  | {8} |  | Asset 8           $284.23 | 1241-000 |  |  | $15,584.28 |
| 12/12/2018 |  | Alfredo Gomez | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 |  | $15,936.28 |
|  | {8} |  | Interest Asset 8           $67.77 | 1241-000 |  |  | $15,936.28 |
|  | {8} |  | Asset 8           $284.23 | 1241-000 |  |  | $15,936.28 |
| 01/09/2019 |  | Alfredo Gomez | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 |  | $16,288.28 |
|  | {8} |  | Interest Asset 8           $67.77 | 1241-000 |  |  | $16,288.28 |
|  | {8} |  | Asset 8           $284.23 | 1241-000 |  |  | $16,288.28 |
| 02/04/2019 |  | Alfredo Gomez | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 |  | $16,640.28 |
|  | {8} |  | Interest Asset 8           $67.77 | 1241-000 |  |  | $16,640.28 |
|  | {8} |  | Asset 8           $284.23 | 1241-000 |  |  | $16,640.28 |

**SUBTOTALS**     $16,640.28     $0.00

# FORM 2

Page No: 14

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-13814 | | Trustee Name: | Joel L. Tabas |
|---|---|---|---|---|
| Case Name: | GOMEZ, ALFREDO | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0619 | | Checking Acct #: | ******1401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/01/2018 | | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 09/30/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/21/2019 | | Alfredo Gomez | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $16,992.28 |
| | {8} | | Interest Asset 8 $67.77 | 1241-000 | | | $16,992.28 |
| | {8} | | Asset 8 $284.23 | 1241-000 | | | $16,992.28 |
| 04/09/2019 | | Alfredo Gomez | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $17,344.28 |
| | {8} | | Asset 8 $284.23 | 1241-000 | | | $17,344.28 |
| | {8} | | Interest Asset 8 $67.77 | 1241-000 | | | $17,344.28 |
| 05/10/2019 | | Alfredo Gomez | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $350.00 | | $17,694.28 |
| | {8} | | Asset 8 $282.23 | 1241-000 | | | $17,694.28 |
| | {8} | | Interest Asset 8 $67.77 | 1241-000 | | | $17,694.28 |
| 06/13/2019 | | Alfredo Gomez | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $18,046.28 |
| | {8} | | Asset 8 $284.23 | 1241-000 | | | $18,046.28 |
| | {8} | | Interest Asset 8 $67.77 | 1241-000 | | | $18,046.28 |
| 07/09/2019 | | Alfredo Gomez | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 2/25/15 (ECF 75) | * | $352.00 | | $18,398.28 |
| | {8} | | Asset 8 $284.23 | 1241-000 | | | $18,398.28 |
| | {8} | | Interest Asset 8 $67.77 | 1241-000 | | | $18,398.28 |

**SUBTOTALS** $1,758.00 $0.00

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-13814 | Trustee Name: | Joel L. Tabas |
|---|---|---|---|
| Case Name: | GOMEZ, ALFREDO | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0619 | Checking Acct #: | ******1401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/01/2018 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 09/30/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/07/2019 | | Alfredo Gomez | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 12/28/15 (ECF 77) | * | $352.00 | | $18,750.28 |
| | {8} | | Asset 8    $284.23 | 1241-000 | | | $18,750.28 |
| | {8} | | Interest Asset 8    $67.77 | 1241-000 | | | $18,750.28 |
| 09/11/2019 | | Alfredo Gomez | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 12/28/15 (ECF 77) | * | $352.00 | | $19,102.28 |
| | {8} | | Asset 8    $284.23 | 1241-000 | | | $19,102.28 |
| | {8} | | Interest Asset 8    $67.77 | 1241-000 | | | $19,102.28 |
| | | | **TOTALS:** | | $19,102.28 | $0.00 | $19,102.28 |
| | | | **Less: Bank transfers/CDs** | | $14,880.28 | $0.00 | |
| | | | **Subtotal** | | $4,222.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $4,222.00 | $0.00 | |

| For the period of 10/01/2018 to 09/30/2019 | | For the entire history of the account between 09/25/2018 to 9/30/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,222.00 | Total Compensable Receipts: | $4,222.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,222.00 | Total Comp/Non Comp Receipts: | $4,222.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $14,880.28 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 16

| Case No. | 14-13814 | Trustee Name: | Joel L. Tabas |
|---|---|---|---|
| Case Name: | GOMEZ, ALFREDO | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0619 | Checking Acct #: | ******1401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/01/2018 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 09/30/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $19,749.90 | $647.62 | $19,102.28 |

| For the period of 10/01/2018 to 09/30/2019 | | For the entire history of the account between 09/25/2018 to 9/30/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,222.00 | Total Compensable Receipts: | $19,749.90 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,222.00 | Total Comp/Non Comp Receipts: | $19,749.90 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $14,880.28 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $647.62 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $647.62 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $14,880.28 |

/s/ JOEL L. TABAS

JOEL L. TABAS